**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
WENDY MARGO-LORI CORLEY,

                Plaintiff,                    22 **CIVIL** 6343 (VSB)(SN)

        -v-                                 **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 27, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Appeals Council will remand the case to an ALJ with instructions to further develop the administrative record and offer the claimant a new hearing before issuing a new decision.

**Dated:** New York, New York
          April 27, 2023

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                                **Clerk of Court**

                                    **BY:**     *K. Mango*

                                                                 _____
                                                                 **Deputy Clerk**